UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SPECIALIST AND OTHER VESSEL
OWNER LIMITATION ACTIONS

ORDER

Case No. 16-CV-4643 (KMK)

Related Cases:
16-CV-2515 (KMK)
16-CV-3353 (KMK)
16-CV-3579 (KMK)
16-CV-5010 (KMK)
16-CV-7001 (KMK)

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Oral Argument on December 4, 2019, the

Court denies Claimant's Motion for Leave to File Claims Pursuant to Supplemental Rule F(4).

The Clerk of Court is directed to terminate the pending Motion, (Dkt. No. 473), and terminate

Claimant Helder J. Cordeiro from the docket.

SO ORDERED.

DATED:     December 5, 2019
           White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE